JURY, TRANSFERRED, TYPE-A

08cv
5492

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00432-UNA**
**Internal Use Only**

FAIRFAX COUNTY, VIRGINIA et al v. WACHOVIA BANK, N.A., et al
Assigned to: Unassigned
Cases: 1:08-cv-00433-UNA
1:08-cv-00955-RJL
1:08-cv-00956-JR
Cause: 15:1 Antitrust Litigation

Date Filed: 03/12/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**FAIRFAX COUNTY, VIRGINIA**

represented by **Christopher J. Cormier**
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005-3964
(202) 408-4600
Fax: (202) 408-4699
Email: ccormier@cmht.com
*LEAD ATTORNEY*

**Jonathan Mark Shaw**
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015-2015
(202) 274-1123
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan E. Jones**
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
(202) 408-4600
Fax: (202) 408-2699
Email: mjones@cmht.com
*LEAD ATTORNEY*

**Michael D. Hausfeld**
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964
(202) 408-4600
Fax: (202) 408-4699
Email: mhausfeld@cmht.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

(202) 408-4600
Fax: (202) 408-4699
Email: rkoffman@cmht.com
*LEAD ATTORNEY*

**Allan Steyer**
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street
Third Floor
San Franciso, CA 94111
(415) 421-3400
Fax: (415) 421-2234
Email: asteyer@steyerlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arnold Levin**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
Fax: (215) 592-4663
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C. Andrew Dirksen**
GOLD BENNETT CERA & SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA 94105
(415) 777-2230
Fax: (415) 777-5189
Email: cdirksen@gbcslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carol V. Gilden**
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
(312) 357-0370
Fax: (312) 357-0369
Email: cgilden@cmht.com
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embareadero Center
Suite 2440
San Francisco, CA 94111
(415) 229-2080
Fax: (415) 986-3643
Email: clebsock@cmht.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Scott Macrae**
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street
Third Floor
San Franciso, CA 94111

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dylan J. McFarland**
HEINS, MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605
Fax: (612) 338-4692
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gerald J. Rodos**
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Gittleman**
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
Email: jgittleman@barrack.com
*ATTORNEY TO BE NOTICED*

**Jon King**
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
(415) 229-2080
Fax: (415) 986-3643
Email: jking@cmht.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laurence S. Berman**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
Fax: (215) 592-4663
Email: lberman@lfsblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul F. Bennett**
GOLD BENNETT CERA & SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA 94105
(415) 777-2230
Fax: (415) 777-5189
Email: pfb@gbcslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
(312) 357-0370
Fax: (312) 357-0369
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven O. Sidener**
GOLD BENNETT CERA & SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA 94105
(415) 777-2230
Fax: (415) 777-5189
Email: ssidener@gbcslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent J. Esades**
HEINS, MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605
Fax: (612) 338-4692
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF MISSISSIPPI**    represented by    **Christopher J. Cormier**
(See above for address)
*LEAD ATTORNEY*

**Jonathan Mark Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan E. Jones**
(See above for address)
*LEAD ATTORNEY*

**Michael D. Hausfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan Steyer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arnold Levin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C. Andrew Dirksen**
(See above for address)
*PRO HAC VICE*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Carol V. Gilden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Christopher L. Lebsock**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **D. Scott Macrae**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Dylan J. McFarland**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Jon King**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Laurence S. Berman**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Paul F. Bennett**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Robert G. Eisler**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Steven O. Sidener**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Vincent J. Esades**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**CITY OF CHICAGO, ILLINOIS**<br>*TERMINATED: 03/17/2008* | represented by **Michael D. Hausfeld**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard A. Koffman**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Plaintiff**<br>**CITY OF FALL RIVER, MASSACHUSETTS** | represented by **Christopher J. Cormier**<br>(See above for address)<br>*LEAD ATTORNEY* |

Jonathan Mark Shaw
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Megan E. Jones
(See above for address)
*LEAD ATTORNEY*

Michael D. Hausfeld
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Richard A. Koffman
(See above for address)
*LEAD ATTORNEY*

Allan Steyer
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Arnold Levin
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

C. Andrew Dirksen
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Carol V. Gilden
(See above for address)
*ATTORNEY TO BE NOTICED*

Christopher L. Lebsock
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

D. Scott Macrae
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Dylan J. McFarland
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Gerald J. Rodos
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Jeffrey B. Gittleman
(See above for address)
*ATTORNEY TO BE NOTICED*

Jon King
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Laurence S. Berman

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul F. Bennett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven O. Sidener**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent J. Esades**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA**

represented by **Christopher J. Cormier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Mark Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan E. Jones**
(See above for address)
*LEAD ATTORNEY*

**Michael D. Hausfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*LEAD ATTORNEY*

**Allan Steyer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arnold Levin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C. Andrew Dirksen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carol V. Gilden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Scott Macrae**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dylan J. McFarland**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gerald J. Rodos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Gittleman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon King**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laurence S. Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul F. Bennett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven O. Sidener**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent J. Esades**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BERKELEY COUNTY, SOUTH CAROLINA**
*TERMINATED: 03/20/2008*

represented by **Megan E. Jones**
(See above for address)
*LEAD ATTORNEY*

**Michael D. Hausfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
ALABAMA STATE UNIVERSITY
*on behalf of themselves and all other similarly situated entities*
*TERMINATED: 03/20/2008*

represented by **Megan E. Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hausfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
WACHOVIA BANK, N.A.

represented by **Margaret K. Pfeiffer**
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-5805
(202) 956-7540
Fax: (202) 293-6330
Email: pfeifferm@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
AIG FINANCIAL PRODUCTS CORP.

represented by **Mark J. Botti**
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Suite 4000
Washington, DC 20036
(202) 887-4202
Email: mark.botti@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
BEAR, STEARNS & CO., INC.

represented by **Robert D. Wick**
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2494
(202) 662-5487
Fax: (202) 778-5487
Email: rwick@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD

**Defendant**
FINANCIAL SECURITY ASSURANCE, INC.

**Defendant**
FINANCIAL GUARANTY INSURANCE COMPANY

| | | |
|---|---|---|
| JP MORGAN CHASE & CO. | represented by | **Peter Coyne Thomas**<br>SIMPSON THACHER & BARTLETT, LLP<br>601 Pennsylvania Avenue, NW<br>North Building<br>Washington, DC 20004<br>(202) 220-7700<br>Fax: (202) 220-7703<br>Email: pthomas@stblaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
PIPER JAFFRAY & CO.

| | | |
|---|---|---|
| **Defendant**<br>SOCIETE GENERALE SA | represented by | **Michael Orth Ware**<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br>(212) 506-2500<br>Fax: (212) 262-1910<br>Email: mware@mayerbrown.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>AIG SUNAMERICA LIFE ASSURANCE CO. | represented by | **Mark J. Botti**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
UBS AG

**Defendant**
SECURITY CAPITAL ASSURANCE INC.

**Defendant**
XL ASSET FUNDING LLC

**Defendant**
XL LIFE INSURANCE & ANNUITY COMPANY

| | | |
|---|---|---|
| **Defendant**<br>LEHMAN BROTHERS INC. | represented by | **Moses Silverman**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3355<br>Fax: (212) 4920355<br>Email: msilverman@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
MERRILL LYNCH & CO., INC.

**Defendant**
MORGAN STANLEY

**Defendant**

| | | |
|---|---|---|
| NATIONAL WESTMINISTERBANK PLC | represented by | Charles LeRoy Miller, Jr.<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, NW<br>Washington, DC 20006<br>(202) 775-4754<br>Fax: 202-887-0689<br>Email: millerc@dicksteinshapiro.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
NATIXIS FUNDING CORP.

**Defendant**
INVESTMENT MANAGEMENT ADVISORY GROUP, INC.

**Defendant**
~~CDR~~ FINANCIAL PRODUCTS

**Defendant**
FELD WINTERS FINANCIAL LLC

**Defendant**
WINTERS & CO. ADVISORS, LLC

| | | |
|---|---|---|
| **Defendant**<br>FIRST SOUTHWEST COMPANY | represented by | Alden Lewis Atkins<br>VINSON & ELKINS, LLP<br>1455 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20004<br>(202) 639-6613<br>Fax: (202) 879-8813<br>Email: aatkins@velaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
GEORGE K. BAUM & CO.

**Defendant**
KINSELL NEWCOMB & DE DIOS INC.

**Defendant**
~~PACKERKIS~~S SECURITIES, INC.

**Defendant**
SHOCKLEY FINANCIAL CORP.

**Defendant**
SOUND CAPITAL MANAGEMENT, INC.

**Defendant**
CAIN BROTHERS & CO., LLC

**Defendant**
MORGAN KEEGAN & CO., INC.

**Defendant**

MGIC
*TERMINATED: 03/26/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2008 | 1 | COMPLAINT against all defendants ( Filing fee $ 350, receipt number 4616010925) filed by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF CHICAGO, ILLINOIS, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 03/14/2008) |
| 03/12/2008 | | SUMMONS Not Issued as to BEAR, STEARNS & CO., INC., FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD, FINANCIAL SECURITY ASSURANCE, INC., FINANCIAL GUARANTY INSURANCE COMPANY, TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC., GENWORTH FINANCIAL INC., NATIXIS S.A., JP MORGAN CHASE & CO., PIPER JAFFRAY & CO., SOCIETE GENERALE SA, AIG SUNAMERICA LIFE ASSURANCE CO., UBS AG, SECURITY CAPITAL ASSURANCE INC., XL ASSET FUNDING LLC, XL LIFE INSURANCE & ANNUITY COMPANY, LEHMAN BROTHERS INC., MERRILL LYNCH & CO, INC., MORGAN STANLEY, NATIONAL WESTMINISTERBANK PLC, NATIXIS FUNDING CORP., INVESTMENT MANAGEMENT ADVISORY GROUP, INC., CDR FINANCIAL PRODUCTS, FELD WINTERS FINANCIAL LLC, WINTERS & CO. ADVISORS, LLC, FIRST SOUTHWEST COMPANY, GEORGE K. BAUM & CO., KINSELL NEWCOMB & DE DIOS INC., PACKERKISS SECURITIES, INC., SHOCKLEY FINANCIAL CORP., SOUND CAPITAL MANAGEMENT, INC., CAIN BROTHERS & CO., LLC, MORGAN KEEGAN & CO., INC., MGIC, WACHOVIA BANK, N.A., AIG FINANCIAL PRODUCTS CORP. (jf, ) (Entered: 03/14/2008) |
| 03/12/2008 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF CHICAGO, ILLINOIS, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY (jf, ) (Entered: 03/14/2008) |
| 03/14/2008 | 3 | NOTICE of Appearance by Richard A. Koffman on behalf of FAIRFAX COUNTY, VIRGINIA, CITY OF CHICAGO, ILLINOIS, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY (Koffman, Richard) (Entered: 03/14/2008) |
| 03/14/2008 | 4 | NOTICE of Appearance by Michael D. Hausfeld on behalf of FAIRFAX COUNTY, VIRGINIA, CITY OF CHICAGO, ILLINOIS, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY (Hausfeld, Michael) (Entered: 03/14/2008) |
| 03/17/2008 | 5 | NOTICE *of Errata* by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF CHICAGO, ILLINOIS, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY re 1 Complaint, (Attachments: # 1 Exhibit Exhibit A)(Koffman, Richard) (Entered: 03/17/2008) |
| 03/17/2008 | 6 | NOTICE *of Withdrawal as Plaintiff of City of Chicago, Illinois* by CITY OF CHICAGO, ILLINOIS (Koffman, Richard) (Entered: 03/17/2008) |
| 03/18/2008 | 7 | NOTICE of Appearance by Megan E. Jones on behalf of FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY (Jones, Megan) (Entered: 03/18/2008) |
| 03/19/2008 | | (Court only) ***Staff notes (td, ) (Entered: 03/19/2008) |
| 03/20/2008 | 8 | Case Reassigned to Judge Rosemary M. Collyer. Judge Emmet G. Sullivan no longer assigned to the case. (jeb, ) (Entered: 03/20/2008) |
| 03/20/2008 | 9 | NOTICE *of Withdrawal as Plaintiff of Alabama State University* by ALABAMA STATE UNIVERSITY (Koffman, Richard) (Entered: 03/20/2008) |
| 03/20/2008 | 10 | NOTICE *of Withdrawal as Plaintiff of Berkeley County, South Carolina* by BERKELEY COUNTY, SOUTH CAROLINA (Koffman, Richard) (Entered: 03/20/2008) |

| | | |
|---|---|---|
| 03/21/2008 | | Summons (36) Issued as to BEAR, STEARNS & CO., INC., FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD, FINANCIAL SECURITY ASSURANCE, INC., FINANCIAL GUARANTY INSURANCE COMPANY, TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC., GENWORTH FINANCIAL INC., NATIXIS S.A., JP MORGAN CHASE & CO., PIPER JAFFRAY & CO., SOCIETE GENERALE SA, AIG SUNAMERICA LIFE ASSURANCE CO., UBS AG, SECURITY CAPITAL ASSURANCE INC., XL ASSET FUNDING LLC, XL LIFE INSURANCE & ANNUITY COMPANY, LEHMAN BROTHERS INC., MERRILL LYNCH & CO, INC., MORGAN STANLEY, NATIONAL WESTMINISTERBANK PLC, NATIXIS FUNDING CORP., INVESTMENT MANAGEMENT ADVISORY GROUP, INC., CDR FINANCIAL PRODUCTS, FELD WINTERS FINANCIAL LLC, WINTERS & CO. ADVISORS, LLC, FIRST SOUTHWEST COMPANY, GEORGE K. BAUM & CO., KINSELL NEWCOMB & DE DIOS INC., PACKERKISS SECURITIES, INC., SHOCKLEY FINANCIAL CORP., SOUND CAPITAL MANAGEMENT, INC., CAIN BROTHERS & CO., LLC, MORGAN KEEGAN & CO., INC., MGIC, WACHOVIA BANK, N.A., AIG FINANCIAL PRODUCTS CORP.. (jf, ) (Entered: 03/21/2008) |
| 03/26/2008 | 11 | STIPULATION *of Voluntary Dismissal of MGIC* by FAIRFAX COUNTY, VIRGINIA, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA. (Koffman, Richard) (Entered: 03/26/2008) |
| 03/28/2008 | 12 | Case Randomly Reassigned to Judge James Robertson. Judge Rosemary M. Collyer no longer assigned to the case. (jeb, ) (Entered: 03/28/2008) |
| 03/31/2008 | 13 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Dylan J. McFarland, :Firm- Heins, Mills & Olson, P.L.C., :Address- 310 Clifton Ave., Minneapolis, MN 55403. Phone No. - 612-338-4605. Fax No. - 612-338-4692 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF CHICAGO, ILLINOIS, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Koffman, Richard) (Entered: 03/31/2008) |
| 03/31/2008 | 14 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Vincent J. Esades, :Firm- Heins, Mills & Olson, P.L.C., :Address- 310 Clifton Ave., Minneapolis, MN 55403. Phone No. - 612-338-4605. Fax No. - 612-338-4692 by FAIRFAX COUNTY, VIRGINIA, CITY OF CHICAGO, ILLINOIS, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service for Esades and McFarland motions)(Koffman, Richard) (Entered: 03/31/2008) |
| 04/01/2008 | 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jon T. King, :Firm- Cohen, Milstein, Hausfeld & Toll, P.L.L.C., :Address- One Embarcadero Center, Suite 2440, San Francisco, CA 94111. Phone No. - 415-229-2080. Fax No. - 415-986-3643 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF CHICAGO, ILLINOIS, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, BERKELEY COUNTY, SOUTH CAROLINA, ALABAMA STATE UNIVERSITY (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Koffman, Richard) (Entered: 04/01/2008) |
| 04/01/2008 | 16 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Christopher L. Lebsock, :Firm- Cohen, Milstein, Hausfeld & Toll, P.L.L.C., :Address- One Embarcadero Center, Suite 2440. Phone No. - 415-229-2080. Fax No. - 415-986-3643 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (Koffman, Richard) (Entered: 04/01/2008) |
| 04/01/2008 | 17 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Michael P. Lehmann, :Firm- Cohen, Milstein, Hausfeld & Toll, P.L.L.C., :Address- One Embarcadero Center, Suite 2440, San Francisco, CA 94111. Phone No. - 415-229-2080. Fax No. - 415-986-3643 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service for Lehmann, Jon King and Christopher Lebsock motions) (Koffman, Richard) (Entered: 04/01/2008) |
| 04/07/2008 | 18 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Gerald J. Rodos, :Firm- Barrack, Rodos & Bacine, :Address- 3300 Two Commerce Square, 2001 Market St., Philadelphia, PA 19103. Phone No. - 215-963-0600. Fax No. - 215-963-0838 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 |

| | | |
|---|---|---|
| | | Certificate of Service)(Koffman, Richard) (Entered: 04/07/2008) |
| 04/07/2008 | 19 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jeffrey B. Gittleman, :Firm- Barrack, Rodos & Baeine, :Address- 3300 Two Commerce Square, 2001 Market St., Philadelphia, PA 19103. Phone No. - 215-963-0600. Fax No. - 215-963-0838 by FAIRFAX COUNTY, VIRGINIA, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Koffman, Richard) (Entered: 04/07/2008) |
| 04/08/2008 | 20 | NOTICE of Appearance by Peter Coyne Thomas on behalf of JP MORGAN CHASE & CO. (Attachments: # 1 Certificate of Service)(Thomas, Peter) (Entered: 04/08/2008) |
| 04/08/2008 | 21 | Corporate Disclosure Statement by JP MORGAN CHASE & CO.. (Attachments: # 1 JPMorgan Chase & Co. Press Release, # 2 Certificate of Service)(Thomas, Peter) (Entered: 04/08/2008) |
| 04/08/2008 | 22 | Consent MOTION for Extension of Time to *Respond to Complaint and Miscellaneous Relief* by JP MORGAN CHASE & CO. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service) (Thomas, Peter) (Entered: 04/08/2008) |
| 04/11/2008 | 23 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Robert G. Eisler, :Firm- Cohen, Milstein, Hausfeld & Toll, P.L.L.C., :Address- 150 East 52nd Street, 30th Floor, New York, NY 10022. Phone No. - 212-838-7797. Fax No. - 212-838-7745 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certif of Service)(Koffman, Richard) (Entered: 04/11/2008) |
| 04/11/2008 | 24 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Carol V. Gilden, :Firm- Cohen, Milstein, Hausfeld & Toll, P.L.L.C., :Address- 190 South LaSalle St., Suite 1705, Chicago, IL 60603. Phone No. - 312-357-0370. Fax No. - 312-357-0369 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service)(Koffman, Richard) (Entered: 04/11/2008) |
| 04/14/2008 | 25 | NOTICE of Appearance by Margaret Kolodny Pfeiffer on behalf of WACHOVIA BANK, N.A. (Pfeiffer, Margaret) (Entered: 04/14/2008) |
| 04/14/2008 | 26 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by WACHOVIA BANK, N.A. (Pfeiffer, Margaret) (Entered: 04/14/2008) |
| 04/15/2008 | 27 | NOTICE of Appearance by Moses Silverman on behalf of LEHMAN BROTHERS INC. (Attachments: # 1 Affidavit of Service #1, # 2 Affidavit of Service #2)(Silverman, Moses) (Entered: 04/15/2008) |
| 04/15/2008 | | MINUTE ORDER granting consented motion for extension of time 22 . Signed by Judge James Robertson on April 15, 2008. (MT) (Entered: 04/15/2008) |
| 04/15/2008 | 28 | NOTICE of Appearance by Michael Orth Ware on behalf of SOCIETE GENERALE SA (Ware, Michael) (Entered: 04/15/2008) |
| 04/15/2008 | 29 | Corporate Disclosure Statement by LEHMAN BROTHERS INC.. (Attachments: # 1 Affidavit of Service)(Silverman, Moses) (Entered: 04/15/2008) |
| 04/16/2008 | 30 | NOTICE of Appearance by Christopher J. Cormier on behalf of FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Certificate of Service) (Cormier, Christopher) (Entered: 04/16/2008) |
| 04/16/2008 | 31 | NOTICE of Appearance by Alden Lewis Atkins on behalf of FIRST SOUTHWEST COMPANY (Atkins, Alden) (Entered: 04/16/2008) |
| 04/16/2008 | 32 | Corporate Disclosure Statement by FIRST SOUTHWEST COMPANY. (Atkins, Alden) (Entered: 04/16/2008) |
| 04/16/2008 | 33 | NOTICE *of Appearance of Jonathan Shaw and Tanya Chutkan* by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Chutkan, Tanya) (Entered: 04/16/2008) |
| 04/16/2008 | 34 | Corporate Disclosure Statement by SOCIETE GENERALE SA. (Ware, Michael) (Entered: 04/16/2008) |

| | | |
|---|---|---|
| 04/16/2008 | | (Court only) ***Attorney Jonathan Mark Shaw for FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA added. (nmw, ) (Entered: 04/17/2008) |
| 04/17/2008 | 35 | ORDER granting only upon condition plaintiffs' motions for pro hac vice appearance of Dylan J. McFarland 13 and Vincent J. Esades 14 . Signed by Judge James Robertson on April 17, 2008. (MT) (Entered: 04/17/2008) |
| 04/17/2008 | 36 | ORDER granting only upon condition plaintiffs' motions for pro hac vice appearance of Jon T. King 15 ; Christopher L. Lebsock 16 ; Michael P. Lehmann 17 ; Robert G. Eisler 23 and Carol V. Gilden 24 . Signed by Judge James Robertson on April 17, 2008. (MT) (Entered: 04/17/2008) |
| 04/17/2008 | 37 | ORDER granting only upon condition plaintiffs' motions for pro hac vice appearance of Gerald J. Rodos 18 and Jeffrey B. Gittleman 19 . Signed by Judge James Robertson on April 17, 2008. (MT) (Entered: 04/17/2008) |
| 04/17/2008 | | (Court only) ***Attorney Dylan J. McFarland, Vincent J. Esades, Jon King, and Christopher L. Lebsock for FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA added. (ks, ) (Entered: 05/22/2008) |
| 04/17/2008 | | (Court only) ***Attorney Robert G. Eisler, and Carol V. Gilden for FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA added. (ks, ) (Entered: 05/22/2008) |
| 04/17/2008 | | (Court only) ***Attorney Gerald J. Rodos, and Jeffrey B. Gittleman for FAIRFAX COUNTY, VIRGINIA, CITY OF FALL RIVER, MASSACHUSETTS and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA added. (ks, ) (Entered: 05/22/2008) |
| 04/18/2008 | 38 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- D. Scott Macrae, :Firm- Steyer Lowenthal Boodrookas Alvarez & Smith LLP, :Address- One California St., Third Floor, San Francisco, CA 94111. Phone No. - 415-421-3400. Fax No. - 415-421-2234 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service for Macrae and Steyer)(Koffman, Richard) (Entered: 04/18/2008) |
| 04/18/2008 | 39 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Allan Steyer, :Firm- Steyer Lowenthal Boodrookas Alvarez & Smith LLP, :Address- One California St., Third Floor, San Francisco, CA 94111. Phone No. - 415-421-3400. Fax No. - 415-421-2234 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Koffman, Richard) (Entered: 04/18/2008) |
| 04/18/2008 | 40 | NOTICE of Appearance by Douglas Lewis Wald on behalf of TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC. (Attachments: # 1 Certificate of Service)(nmw, ) (Entered: 04/18/2008) |
| 04/18/2008 | 41 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Craig T. Stewart, :Firm- ARNOLD & PORTER LLP, :Address- 399 Park Avenue, New York, NY 10022-4690. Phone No. - (212) 715-1000. by TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service)(nmw, ) (Entered: 04/18/2008) |
| 04/18/2008 | 42 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GE FUNDING CAPITAL MARKET SERVICES, INC. identifying Corporate Parent GENERAL ELECTRIC COMPANY for GE FUNDING CAPITAL MARKET SERVICES, INC.. (Attachments: # 1 Certificate of Service)(nmw, ) (Entered: 04/18/2008) |
| 04/18/2008 | 43 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by TRINITY FUNDING CO. LLC identifying Corporate Parent GENERAL ELECTRIC COMPANY for TRINITY FUNDING CO. LLC. (Attachments: # 1 Certificate of Service)(nmw, ) (Entered: 04/18/2008) |
| 04/18/2008 | 44 | NOTICE of Appearance by David Stewart Eggert on behalf of TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC. (Attachments: # 1 Certificate of Service)(Eggert, David) (Entered: 04/18/2008) |

| | | |
|---|---|---|
| 04/18/2008 | 45 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Laurence S. Berman, :Firm- Levin, Fishbein, Sedran & Berman, :Address- 510 Walnut St., Suite 500, Philadelphia, PA 19106. Phone No. - 215-592-1500. Fax No. - 215-592-4663 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Cert of Service Berman and Levin)(Koffman, Richard) (Entered: 04/18/2008) |
| 04/18/2008 | 46 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Arnold Levin, :Firm- Levin, Fishbein, Sedran & Berman, :Address- 510 Walnut St., Suite 500, Philadelphia, PA 19106. Phone No. - 215-592-1500. Fax No. - 215-592-4663 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Koffman, Richard) (Entered: 04/18/2008) |
| 04/18/2008 | | (Court only) ***Attorney David Stewart Eggert for TRINITY FUNDING CO. LLC and GE FUNDING CAPITAL MARKET SERVICES, INC. added. (tg, ) (Entered: 04/21/2008) |
| 04/23/2008 | 47 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Paul F. Bennett, :Firm- Gold Bennett Cera & Sidener LLP, :Address- 595 Market St., Suite 2300, San Francisco, CA 94105. Phone No. - 415-777-2230. Fax No. - 415-777-5189 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service for Bennett, Sidener and Dirksen)(Koffman, Richard) (Entered: 04/23/2008) |
| 04/23/2008 | 48 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Steven O. Sidener, :Firm- Gold Bennett Cera & Sidener LLP, :Address- 595 Market St., Sukte 2300, San Francisco, CA 94105. Phone No. - 415-777-2230. Fax No. - 415-777-5189 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (Koffman, Richard) (Entered: 04/23/2008) |
| 04/23/2008 | 49 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- C. Andrew Dirksen, :Firm- Gold Bennett Cera & Sidener LLP, :Address- 595 Market St., Suite 2300, San Francisco, CA 94105. Phone No. - 415-777-2230. Fax No. - 415-777-5189 by FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (Koffman, Richard) (Entered: 04/23/2008) |
| 05/02/2008 | 50 | ORDER granting only upon condition plaintiffs' motions for pro hac vice appearances of D. Scott Macrae 38 and Allan Steyer 39. Signed by Judge James Robertson on May 2, 2008. (MT) (Entered: 05/02/2008) |
| 05/02/2008 | 51 | ENTERED IN ERROR.....ORDER granting only upon condition plaintiff's motion for pro hac appearance of Craig T. Stewart 41. Signed by Judge James Robertson on May 2, 2008. (MT) Modified on 5/2/2008 (tg, ). (Entered: 05/02/2008) |
| 05/02/2008 | 52 | ORDER granting only upon condition plaintiffs' motions for pro hace vice appearances of Laurence S. Berman 45 and Arnold Levin 46. Signed by Judge James Robertson on May 2, 2008. (MT) (Entered: 05/02/2008) |
| 05/02/2008 | 53 | ORDER granting only upon condition plaintiffs' motion for pro hac vice appearances of Paul F. Bennett 47, Steven O. Sidener 48 and C. Andrew Dirksen 49. Signed by Judge James Robertson on May 2, 2008. (MT) (Entered: 05/02/2008) |
| 05/02/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: re 51 Order on Motion for Leave to Appear Pro Hac Vice was entered in error. The order erroneously listed the Plaintiffs as filers of the Motion. The Court will refile a corrected Order. (tg, ) (Entered: 05/02/2008) |
| 05/02/2008 | 54 | ORDER granting only upon condition defendants Trinity Funding Co., LLC and GE Funding Capital Market Services, Inc.'s motion for pro hac vice appearance of Craig A. Stewart 41. Signed by Judge James Robertson on May 2, 2008. (MT) (Entered: 05/02/2008) |
| 05/02/2008 | | (Court only) ***Attorney D. Scott Macrae, and Allan Steyer for FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA added. (ks, ) (Entered: 05/07/2008) |
| 05/02/2008 | | (Court only) ***Attorney Laurence Berman, and Arnold S.Levin for FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS and |

| | | |
|---|---|---|
| | | CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA added. (ks, ) (Entered: 05/07/2008) |
| 05/02/2008 | | (Court only) ***Attorney Paul F. Bennett, Steven O. Sidener, and C. Andrew Dirksen for FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA added. (ks, ) (Entered: 05/07/2008) |
| 05/02/2008 | | (Court only) ***Attorney Craig T. Stewart for TRINITY FUNDING CO. LLC and GE FUNDING CAPITAL MARKET SERVICES, INC. added. (ks, ) (Entered: 05/07/2008) |
| 05/08/2008 | 55 | NOTICE of Appearance by Robert D. Wick on behalf of BEAR, STEARNS & CO., INC. (Attachments: # 1 Certificate of Service)(Wick, Robert) (Entered: 05/08/2008) |
| 05/08/2008 | 56 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BEAR, STEARNS & CO., INC. (Attachments: # 1 Certificate of Service)(Wick, Robert) (Entered: 05/08/2008) |
| 05/21/2008 | 57 | Corporate Disclosure Statement by AIG FINANCIAL PRODUCTS CORP.. (Botti, Mark) (Entered: 05/21/2008) |
| 05/21/2008 | 58 | NOTICE of Appearance by Mark J. Botti on behalf of AIG FINANCIAL PRODUCTS CORP. (Botti, Mark) (Entered: 05/21/2008) |
| 05/21/2008 | 59 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AIG SUNAMERICA LIFE ASSURANCE CO. (Botti, Mark) (Entered: 05/21/2008) |
| 05/21/2008 | 60 | NOTICE of Appearance by Mark J. Botti on behalf of AIG SUNAMERICA LIFE ASSURANCE CO. (Botti, Mark) (Entered: 05/21/2008) |
| 05/21/2008 | 61 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Richard B. Zabel and Robert H. Hotz, :Firm- Akin Gump Strauss Hauer & Feld LLP, :Address- 590 Madison Ave, New York, NY, 10022. Phone No. - (212) 872-1000. Fax No. - (212) 872-1002 by AIG SUNAMERICA LIFE ASSURANCE CO., AIG FINANCIAL PRODUCTS CORP. (Botti, Mark) (Entered: 05/21/2008) |
| 05/28/2008 | 62 | ORDER granting only upon condition defendants AIG Sunamerica Life Assurance Co. and AIG Financial Products Corp.'s motion for pro hac vice appearances of Richard B. Zabel and Robert H. Hotz 61 . Signed by Judge James Robertson on May 28, 2008. (MT) (Entered: 05/28/2008) |
| 06/05/2008 | 63 | NOTICE of Appearance by Jon J. Nathan on behalf of TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC. (Attachments: # 1 Certificate of Service)(Nathan, Jon) (Entered: 06/05/2008) |
| 06/19/2008 | 64 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WACHOVIA BANK, N.A. served on 3/28/2008, answer due 4/17/2008 (Cormier, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 65 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AIG FINANCIAL PRODUCTS CORP. served on 3/27/2008, answer due 4/16/2008 (Cormier, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 66 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. BEAR, STEARNS & CO., INC. served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 67 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 68 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FINANCIAL SECURITY ASSURANCE, INC. served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 69 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FINANCIAL GUARANTY INSURANCE COMPANY served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 70 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TRINITY FUNDING CO. LLC served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 71 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. GE FUNDING |

|            |    |                                                                                                                                                                                                                  |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | CAPITAL MARKET SERVICES, INC. served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008)                                                                                             |
| 06/19/2008 | 72 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. GENWORTH FINANCIAL INC. served on 3/28/2008, answer due 4/17/2008 (Cormier, Christopher) (Entered: 06/19/2008)                                    |
| 06/19/2008 | 73 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JP MORGAN CHASE & CO. served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008)                                      |
| 06/19/2008 | 74 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PIPER JAFFRAY & CO. served on 3/2/2008, answer due 3/24/2008 (Cormier, Christopher) (Entered: 06/19/2008)                                         |
| 06/19/2008 | 75 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AIG SUNAMERICA LIFE ASSURANCE CO. served on 3/28/2008, answer due 4/17/2008 (Cormier, Christopher) (Entered: 06/19/2008)                          |
| 06/19/2008 | 76 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. XL ASSET FUNDING LLC served on 3/27/2008, answer due 4/16/2008 (Cormier, Christopher) (Entered: 06/19/2008)                                       |
| 06/19/2008 | 77 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. XL LIFE INSURANCE & ANNUITY COMPANY served on 3/27/2008, answer due 4/16/2008 (Cormier, Christopher) (Entered: 06/19/2008)                        |
| 06/19/2008 | 78 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MERRILL LYNCH & CO., INC. served on 3/31/2008, answer due 4/21/2008 (Cormier, Christopher) Modified on 6/20/2008 (nmw, ). (Entered: 06/19/2008) |
| 06/19/2008 | 79 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MERRILL LYNCH & CO., INC. served on 3/27/2008, answer due 4/21/2008 (Cormier, Christopher) (Entered: 06/19/2008)                                  |
| 06/19/2008 | 80 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MORGAN STANLEY served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008)                                             |
| 06/19/2008 | 81 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. NATIXIS FUNDING CORP. served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/19/2008)                                      |
| 06/20/2008 | 82 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. INVESTMENT MANAGEMENT ADVISORY GROUP, INC. served on 3/31/2008, answer due 4/21/2008 (Cormier, Christopher) (Entered: 06/20/2008)                 |
| 06/20/2008 | 83 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CDR FINANCIAL PRODUCTS served on 4/4/2008, answer due 4/24/2008 (Cormier, Christopher) (Entered: 06/20/2008)                                      |
| 06/20/2008 | 84 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FELD WINTERS FINANCIAL LLC served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/20/2008)                                 |
| 06/20/2008 | 85 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WINTERS & CO. ADVISORS, LLC served on 3/28/2008, answer due 4/17/2008 (Cormier, Christopher) (Entered: 06/20/2008)                                |
| 06/20/2008 | 86 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FIRST SOUTHWEST COMPANY served on 3/27/2008, answer due 4/16/2008 (Cormier, Christopher) (Entered: 06/20/2008)                                    |
| 06/20/2008 | 87 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. GEORGE K. BAUM & CO. served on 3/27/2008, answer due 4/16/2008 (Cormier, Christopher) (Entered: 06/20/2008)                                       |
| 06/20/2008 | 88 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KINSELL NEWCOMB & DE DIOS INC. served on 4/2/2008, answer due 4/22/2008 (Cormier, Christopher) (Entered: 06/20/2008)                              |
| 06/20/2008 | 89 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PACKERKISS SECURITIES, INC. served on 3/27/2008, answer due 4/16/2008 (Cormier, Christopher) (Entered: 06/20/2008)                                |
| 06/20/2008 | 90 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SHOCKLEY FINANCIAL CORP. served on 3/28/2008, answer due 4/17/2008 (Cormier, Christopher) (Entered:                                               |

|            |     |                                                                                                                                                                                                                   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 06/20/2008)                                                                                                                                                                                                       |
| 06/20/2008 | 91  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SOUND CAPITAL MANAGEMENT, INC. served on 3/27/2008, answer due 4/16/2008 (Cormier, Christopher) (Entered: 06/20/2008)                               |
| 06/20/2008 | 92  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CAIN BROTHERS & CO., LLC served on 3/26/2008, answer due 4/15/2008 (Cormier, Christopher) (Entered: 06/20/2008)                                     |
| 06/20/2008 | 93  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MORGAN KEEGAN & CO., INC. served on 3/28/2008, answer due 4/17/2008 (Cormier, Christopher) (Entered: 06/20/2008)                                    |
| 06/20/2008 |     | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 78 Summons Returned Executed was entered in error (wrong document attached) and was refiled as Docket Entry 79 . (nmw, ) (Entered: 06/20/2008)                      |
| 06/20/2008 | 94  | NOTICE of Appearance by Charles LeRoy Miller, Jr on behalf of NATIONAL WESTMINISTERBANK PLC (Miller, Charles) (Entered: 06/20/2008)                                                                                |
| 06/20/2008 | 95  | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NATIONAL WESTMINISTERBANK PLC (Miller, Charles) (Entered: 06/20/2008)                                                      |
| 06/23/2008 | 96  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. LEHMAN BROTHERS INC. served on 3/31/2008, answer due 4/21/2008 (Cormier, Christopher) (Entered: 06/23/2008)                                         |
| 06/27/2008 | 97  | (Court only) Unassigned added. Judge James Robertson no longer assigned to case. (ds ). (Entered: 07/15/2008)                                                                                                      |
| 07/17/2008 | 98  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to UBS AG served on 5/22/2008, answer due 7/21/2008. (Cormier, Christopher) (Entered: 07/17/2008)                                                 |
| 07/17/2008 | 99  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to NATIONAL WESTMINISTERBANK PLC served on 5/9/2008, answer due 7/8/2008. (Cormier, Christopher) (Entered: 07/17/2008)                            |
| 07/17/2008 | 100 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PIPER JAFFRAY & CO. served on 3/27/2008, answer due 4/16/2008 (Cormier, Christopher) (Entered: 07/17/2008)                                          |
| 07/17/2008 | 101 | LETTER dated 6/16/2008 from the Judicial Panel on Multidistrict Litigation directing the transfer of the original file and certified copy of the docket sheet. (tg, ) (Entered: 07/17/2008)                        |
| 07/17/2008 | 102 | Letter dated 6/18/2008 from the U.S. District Court for the Southern District of New York requesting the transfer of the original file and certified copy of the docket sheet. (tg, ) (Entered: 07/17/2008)        |
| 07/17/2008 |     | Case transferred out to the USDC for the Southern District of New York, pursuant to Court Order entered 7/17/2008. Sent to Court by Certified Mail. (tg, ) (Entered: 07/17/2008)                                   |