UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-2516 (VM) (JCF) |
| | ECF Case |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Howard J. Rubin of Davis & Gilbert LLP hereby appears as counsel for Defendants Natixis S.A. and Natixis Funding Corporation in the above-captioned action.

Dated: July 15, 2008
New York, New York

DAVIS & GILBERT LLP

By: /s/ Howard J. Rubin
Howard J. Rubin
1740 Broadway
New York, New York  10019
Tel: (212) 468-4800
Fax: (212) 468-4888
hrubin@dglaw.com

*Counsel for Natixis S.A. and Natixis Funding Corporation*