UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

Master Docket No. 08-2516 (VM) (JCF)

ECF Case

THIS DOCUMENT RELATES TO:

    ALL ACTIONS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul F. Corcoran of Davis & Gilbert LLP hereby appears as counsel for Defendants Natixis S.A. and Natixis Funding Corporation in the above-captioned action.

Dated: July 15, 2008
    New York, New York

DAVIS & GILBERT LLP

By: /s/ Paul F. Corcoran
    Paul F. Corcoran
    1740 Broadway
    New York, New York  10019
    Tel: (212) 468-4800
    Fax: (212) 468-4888
    pcorcoran@dglaw.com

*Counsel for Natixis S.A. and Natixis Funding Corporation*