UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
:
In Re: *MUNICIPAL DERIVATIVES*  :  MDL No. 1950
*ANTITRUST LITIGATION*  :
:  Master Docket No.
-------------------------------------------------X  08-cv-2516 (VM)(JCF)
:
THIS DOCUMENT RELATES TO:  :
:  **NOTICE OF APPEARANCE**
ALL ACTIONS  :
:
-------------------------------------------------X

    Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, I hereby enter my appearance *pro hac vice* as counsel in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi. Attached hereto please find a Certificate of Good Standing issued by the Clerk of the United States District Court for the District of Columbia on July 18, 2008.

Dated: Washington, D.C.
~~July~~ 4, 2008
Aug.

                                            **BOIES SCHILLER & FLEXNER LLP**

                                            By: _____
                                                  William Isaacson

                                                  5301 Wisconsin Avenue, NW
                                                  Suite 800
                                                  Washington, D.C. 20015
                                                  (202) 237-2727

                                                  *Attorneys for Plaintiffs The State of Mississippi*
                                                  *And Hinds County, Mississippi*

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**WILLIAM  ISAACSON**

was, on the  5th  day of  December  A.D.  1988  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  18th  day of  July  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk