UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re MUNICIPAL DERIVATIVES            :
ANTITRUST LITIGATION                   :    MDL No. 1950
                                       :    Master Docket No. 08-02516 (VM)(JCF)
                                       :
                                       :    AFFIDAVIT OF SERVICE
THIS DOCUMENT RELATES TO:              :
ALL ACTIONS                            :
-------------------------------------------------------X

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NEW YORK     )

        JEANETTE ARIOLA, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

        On August 7, 2008, deponent served the Notice of Appearance of Taleah E. Jennings upon the following at the addresses designated for that purpose:

SEE ATTACHED LIST

        Said service was made by depositing true copies of said documents, enclosed in post-paid sealed wrappers, properly addressed, and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

        _____
        JEANETTE ARIOLA

Sworn to before me this
7th day of August, 2008.

_____
Notary Public

PATRICIA A. BOTTI
Notary Public, State of New York
No. 01BO4984082
Qualified in New York County
Commission Expires July 15, 2011

10728449.1

Andrew Kingsdale  
Lieff, Cabraser, Heimann & Bernstein, LLP  
275 Battery Street, 30th Floor  
San Francisco, CA 94111-3339

David Eggert  
Arnold & Porter, LLP (DC)  
555 Twelfth Street, N.W.  
Washington, DC 20004

Douglas L. Wald  
Arnold & Porter LLP  
555 Twelfth Street, NW  
Washington, DC 20004

Eric B. Fastiff  
Lieff, Cabraser, Heiman & Bernstein, L.L.P.  
275 Battery Street  
San Francisco, CA 94111-3339

H. Lee Godfrey  
Susman Godfrey LLP(TX)  
1000 Louisiana Street  
Suite 5100  
Houston, TX 77002

Marc M. Seltzer  
Susman Godfrey, L.L.P.  
1901 Avenue of the Stars  
Suite 950  
Los Angeles, CA 90067-6029

Michael W, Byrne  
Brownstein, Hyatt & Farber, P.C  
410 Seventeenth Street, 22nd Floor  
Denver, CO 80202

Precious Tyrone Martin  
Sercarz & Riopelle, L.L.P.  
152 West 57th Street  
24th Floor  
New York, NY 10019

1728437.1

Richard M. Heimann  
Lieff, Cabraser, Heimann & Bernstein, L.L.P.  
275 Battery Street  
30th Floor  
San Francisco, CA 94111  

William A. Isaacson  
Boies, Schiller & Flexner L.L.P.  
5301 Wisconsin Avenue, N.W.  
Suite 800  
Washington, DC 20015  

C. Andrew Dirksen  
Gold, Bennett, Cera, & Sidener, LLP  
595 Markeet Street  
Suite 2300  
San Francisco, CA 94105-2835  

Christopher Cormier  
Cohen, Milstein, Hausfeld & Toll, PLLC (DC)  
1100 New York Avenue, N.W.  
Suite 500, West Tower  
Washington, DC 20005  

Christopher L. Lebsock  
Cohen, Milstein, Hausfeld & Toll, PLLC  
One Embarcadero Center  
Suite 2440  
San Francisco, CA 94111  

Craig T. Stewart  
Arnold & Porter, LLP  
399 Park Avenue  
New York, NY 10022  

Gerald J. Rodos  
Barrack, Rodos & Bacine  
Suite 2100  
3300 Two Commerce Square  
Philadelphia, PA 19103  

Jon King  
Cohen, Milstein, Hausfeld & Toll, PLLC  
One Embarcadero Center  
Suite 2440  
San Francisco, CA 94111

Laurence S. Berman
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Mark J. Botti
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

Megan E. Jones
Cohen, Milstein, Hausfeld & Toll, PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Michael D. Hausfeld
Cohen, Millstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Paul F. Bennett
Gold Bennett Cera & Sidener, LLP
595 Market Street
2300
San Francisco, CA 94105-2835

Ricahrd A. Koffman
Cohen, Milstein, Hausfeld & Toll, PLLC
West Tower, Suite 500
1100 New York Avenue, North West
Washington, DC 20005

Steven O. Sidener
Gold, Bennett, Cera & Sidener L.L.P.
595 Market Street
Suite 2300
San Francisco, CA 94105-2835

Vincent J. Esades
Heins Mills & Olson, P.L.C.
3550 IDS Center
310 Clifton Avenue
Minneapolis, MN 55403

1728437.1